NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA A. AUSTIN,           )
                           )
          Appellant,        )
                           )
v.                          )          Case No.  2D18-2715
                           )
STATE OF FLORIDA,           )
                           )
          Appellee.         )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto and Mark
Carpanini, Judges.

Howard L. Dimmig, II, Public
Defender, and Steven G. Mason,
Special Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, LUCAS, and ATKINSON, JJ., Concur.